

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| In re: The Bernstein Company, LLC, | : | Case No. 12-42142-MGD |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |
| | : | |

## DEBTOR'S OBJECTION TO TRUSTEE'S FINAL APPLICATION FOR COMPENSATION [DOC. # 225], MOTION FOR REDUCTION OF FEES, AND MOTION FOR CONTINUANCE

COMES NOW, Debtor The Bernstein Company, LLC ("Debtor"), and files this Objection to Trustee's Final Application for Compensation [Doc. # 225], Motion for Reduction of Fees, and Motion for Continuance. Debtor simultaneously files with this pleading a Notice of Evidentiary Hearing.

### Procedural History

1. On April 13, 2014, Debtor filed a Motion for Accounting, Reduction of Fees, Equitable Relief and Reconsideration of Order Granting Summary Judgement. [Doc. # 196]. That Motion, *inter alia*, challenged the excessive fees charged by the Trustee in this matter and his mismanagement of the bankruptcy estate.

2. On June 19, 2014, the Court issued an Order Denying Motion in Part [Doc. # 204]. In relevant part, "the Court determined that the portion of the

1

Motion seeking a reduction of fees would be denied because it was premature until the Trustee and his employed professionals filed final applications for compensation." [Id., p.1].

3.　On October 15, 2014, the Trustee filed his Final Application for Compensation *First and Final Application for Compensation for Services* for Christopher Tierney, Trustee Chapter 11, for period: 9/27/2012 to 12/20/2013 [Doc. # 225]. Thus, Debtor's challenge to the Trustee's fees and expenses is now ripe for review.

### Schedule of Fees and Expenses Charged by the Trustee

4.　The following is a schedule of the fees and expenses requested by the Trustee in this proceeding:

| | |
|---|---|
| First Application for Compensation *and Reimbursement of Expenses* for Hays Financial Consulting LLC, Accountant, for period: 9/27/2012 to 3/31/2013. Fee: $75,072.00 and expenses (referencing Hays Financial Consulting LLC) [Doc. #129]. | Fee: $75,072.00 and expenses: $1,547.16. |

| | |
|---|---|
| Application for Compensation *and Reimbursement of Expenses* for John W. Mills III, Trustee's Attorney, for period: 9/27/2012 to 3/31/2013. [Doc. # 130]. | Fee: $62,473.00 and expenses: $1,206.01. |
| Second Application for Compensation *Second and Final Application for Allowance of Compensation and Reimbursement of Expenses of Hays Financial Consulting, LLC As Accountants to the Chapter 11 Trustee* for Christopher Tierney, Trustee Chapter 11, for period: 9/27/2012 to 6/30/2014. [Doc. # 224]. | Fee: $143,237.50 and expenses: $9,866.95. |
| Final Application for Compensation *First and Final* | Fee: $88,605.84. |

| | |
|---|---|
| *Application for Compensation for Services* for Christopher Tierney, Trustee Chapter 11, for period: 9/27/2012 to 12/20/2013. [Doc. # 225]. | |
| | **Total: $382,008.46** |

5. In addition, to date the Trustee has left the Debtor with in excess of $100,000 in unpaid bills.

6. In its December 19, 2013 Order Abandoning Debtor's Hampton Inn, [Doc. # 191] the Court, *inter alia*, relieved the Trustee of any further obligations regarding the Hampton Inn, but allowed the Trustee to retain $87,096.56 of cash currently held in the Debtor's accounts.

7. The purported schedules and other allegedly supporting documents for each of the requests for compensation and reimbursement is too voluminous for detailed analysis in this Motion, and will require extensive analysis and testimony at an evidentiary hearing. Debtor maintains, however, that a careful analysis of the Trustee's materials will show that the Trustee's fees and expenses were and are excessive. Therefore, Debtor respectfully requests that the Notice of Hearing filed by the Trustee [Doc. # 226] be continued and that an evidentiary hearing be set for

January 15, 2015, at which time Debtor will provide testimony and evidence showing that the Trustee's fees and expenses be reduced.

### Standard for Challenging and Reducing a Trustee's Fees

8. The Trustee has a fiduciary duty not only to the creditors, but to the bankruptcy estate as well. *In re Vebeliunas*, 231 B.R. 181, 192 (Bankr. S.D.N.Y. 1999) ("These fiduciary duties [of a trustee] are owed not only to the entire creditor body but to the debtor as well.").

9. "In determining the amount of reasonable compensation to be awarded to a trustee, the court shall treat such compensation as a commission, based on section 326." 11 U.S.C. § 330(a)(7). Even when analyzed pursuant to the commission formula set forth in section 330, courts still have a duty to examine a trustee's fee request for its reasonableness. *In re Mack Properties*, 381 F.R. 793 (Bankr. M.D. Fla. 2007).

10. Moreover, the maximum allowable fee is only appropriate where the trustee has done truly exceptional work. *In re Phillips*, 392 B.R. 378 (Bank. N.D. Ill. 2008). Where the trustee's work falls to a lesser standard, the appropriate fee should be reduced concomitantly. *Id*.

### Trustee's Mismanagement and Overcharging

11.   As Debtor will show at the evidentiary hearing, the Trustee's fees and expenses were especially excessive in light of the Trustee's gross mismanagement of the bankruptcy estate.

12.   Debtor intends to present evidence, *inter alia*, that the Trustee engaged in self-dealing at the expense of Debtor, wasted corporate assets, and failed to responsibly and professionally operate the estate's assets (leaving them in worse shape that when the Trustee acquired them).

13.   The Trustee's breach of his duties were not limited to operational mismanagement, but extended to financial mismanagement as well, as detailed in Debtor's original Motion.

WHEREFORE, Debtor respectfully requests that the Notice of Hearing filed by the Trustee [Doc. # 226] be continued and that an evidentiary hearing be set for January 15, 2015 regarding Debtor's Motion to Reduce Trustee's Fees.

Dated: December 12, 2014

    Respectfully submitted,

    THE GRIMES LAW FIRM

    By: /s/ KaRon Grimes
    KaRon L. Grimes
    Georgia Bar No. 782008
    3965 Holcomb Bridge Road
    Suite 200
    Peachtree Corners, Georgia 30092
    Phone: (678) 232-6208
    Fax: (678) 264-0988
    jubileecounsel@gmail.com
    *On behalf of the Debtor*

## CERTIFICATE OF SERVICE

I, KaRon Grimes, certify that I have on this date served a true and correct copy of Debtor The Bernstein Company's Objection to Trustee's final Application for Compensation [Doc. # 225], Motion for Reduction of Fees, and Motion for Continuance on the following parties via United States Mail, first class postage pre-paid:

Martin P. Ochs
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Wendell S. Agee
P.O. Box 2374
Buford, Georgia 30515

John W. Mills, III
Prominence in Buckhead
Suite 1700
3475 Piedmont Road, NE
Atlanta, Georgia 30305-2954

Dated this 12th day of December, 2014

*KaRon Grimes*
KaRon L. Grimes