**IT IS ORDERED as set forth below:**



Date: January 6, 2015

_____

Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| THE BERNSTEIN COMPANY, LLC, ) | CASE NO. 12-42142-mgd |
| ) | |
| Debtor. ) | |

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR CHAPTER 11 COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HAYS FINANCIAL CONSULTING, LLC AS ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE**

On October 7, 2014, Hays Financial Consulting, LLC (the "Applicant") accountants to Christopher J. Tierney, Chapter 11 Trustee for the above-styled case, filed its *Second and Final Application for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 11 Trustee* (Doc. No. 224) (the "Application").  A hearing was held on December 12, 2014 at 2:00 P.M.  John Mills appeared on behalf of the Applicant and in support of the Application.  Martin Ochs appeared on behalf of the United States Trustee with no opposition to the Application.  Leon S. Jones and Leslie Pineyro appeared on behalf of the Community National Bank in opposition to the Application and in support of Community National Bank's Objection (Doc No 228 and 229).  Karon L. Grimes appeared on behalf of the Debtor.  No other

party appeared in opposition to this Application. Trustee, Applicant and Community National Bank have consented to the terms of this Order as evidenced by signature of counsel. Upon such consent and the record in this case, the Court has determined that the Applicant is entitled to relief.

Accordingly, it is

ORDERED AND ADJUDGED that the Applicant is awarded fees in this case in the total amount of $143,237.50 and expenses in the total amount of $9,865.95 for the period from September, 27, 2012 through June 30, 2014 on a final basis (the "Award"), which such Award includes fees in the amount of $75,072.00 and expenses in the amount of $1,547.16 which were previously awarded on an interim basis and for which the Applicant has previously received payment in the amount of $26,547.16; and it is

FURTHER ORDERED that such Award may only be paid out of estate property, and specifically such Award shall not be paid out of the Abandoned Property (as defined in Doc. No. 191).

FURTHER ORDERED that this is a final Order as to the Applicants total allowed compensation in connection with this Case.

End of Order

Consented to By:
**Barnes & Thornburg, LLP**

*/s/ John W. Mills*
John W. Mills (with Express Permission by Leslie Pineyro)
Georgia Bar No. 509705
Attorney to Chapter 11 Trustee & Applicant
Barnes & Thornburg, LLP
Prominence in Buckhead
3475 Piedmont Rd N.E., Ste. 1700
Atlanta, Georgia 30305-2954
Direct: 404-264-4030
Main: 404-846-1693
Fax: 404-264-4033
Email: john.mills@btlaw.com

Consented to By:
**JONES & WALDEN, LLC**

/s/ Leslie M. Pineyro
Leon S. Jones
Georgia Bar No. 003980
Leslie M. Pineyro
Georgia Bar No. 969800
Attorneys for Community National Bank
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
ljones@joneswalden.com


Reviewed as to Form By:
**UNITED STATES TRUSTEE**

/s/ Martin P. Ochs
Martin P. Ochs (with Express Permission by Leslie Pineyro)
GA Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
martin.p.ochs@usdoj.gov

## DISTRIBUTION LIST

Leon S. Jones
Leslie M. Pineyro
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, Georgia 30309

John Mills
Barnes & Thornburg, LLP
Prominence in Buckhead
3475 Piedmont Rd N.E., Ste. 1700
Atlanta, Georgia 30305-2954

Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303

Karon Grimes
PO Box 920654
Norcross, GA 30010-0654